IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| TERRY SHAFER | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-390 |
| INMATE TRUST FUND & PRISON MAIL | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Terry Shafer, an inmate confined at the Cleveland Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the Defendant Inmate Trust Fund & Prison Mail.

The court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (Doc. # 10).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings.  No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  A Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 1st day of February, 2022.**

Michael J. Truncale
United States District Judge

---

[1]Plaintiff received a copy of the Report and Recommendation on December 13, 2021 (Doc. # 11).